TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

******************************

United States of America

-v.-                                    17 M 961

KEITH LIWANAG                           Docket Number

******************************

SUBMITTED BY: Plaintiff___ Defendant___ DOJ ✓
Name: Erin Reid
Firm Name: United States Attorney's Office - EDNY
Address:  271 Cadman Plaza E
          Brooklyn, NY 11201
Phone Number: 718-254-6361
E-Mail Address: Erin.Reid@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES___ NO___
If yes, state description of document to be entered on docket sheet:

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

B) If a new application, the statute, regulation, or other legal basis that authorizes filing under seal

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED:  Brooklyn            , NEW YORK
        11/7/2017

_____
U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S OFFICE 11/7/2017
                                    DATE

MANDATORY CERTIFICATION OF SERVICE:
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or C.) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

11/7/2017                           _____
DATE                                SIGNATURE