# Exhibit B

To: Honoroble Judge Weinstein,

This is Sherry P. Liwanag, mother of the accused Keith Mason Liwanag, I am here to talk about my son's case. I know that my son's sentence is about 15 years in prison, I wanna let you know that I believed he did not done anything wrong, my son is a very noble man I have ever known in my life, if I were to believe that he had done all of these things then I would say he didn't... I don't know if this will help his case, but his younger brothers are his world for him, my second eldest Shawn treats him like his own son. When Shawn was a little kid he grew up without a loving father beside him unlike Keith which he grew up with him, his father left that's why Keith treats him very special, and so does my youngest son Lucas... that's why Shawn tells everyone that asks of him "Why don't you have a dad" he would always and confidently say "it's true that I don't have a father, but atleast I have the best older brother who treats me like his son." Keith used to hang out with Shawn all the time, they spar in martial arts, workout together, he loves tickling him and he tickles back which is their favorite pass time, and they'd sing songs together. You don't know how much Shawn misses his older brother, ever since Keith left for work for his passions in America he felt depressed and lonely to not have his brother by his side, no one to protect him, he felt devistated for knowing about all of this... It's so hard for me to see him not sleeping just thinking about him... He'd cry to his photos and videos together with him, I can tell you right now,Your Honor, for Shawn's entire life was him being the happiest, he's the best father figure to Shawn in his entire life, and now seeing him devastated like this is really soul crushing for him... I am too... and it will be devastating for Lucas as well because Lucas is looking forward seeing him for the first time in real life... Keith was really excited about it, it could've been 2 years before he could go back to the Philippines once again and he's really excited about it when we chatted on the phone before... Your Honor, please, from the bottom of my crushed heart, I beg of you... Please lessen his sentence, if there is something that I need to do to lessen his sentence I am very much open to discuss it, please lessen his sentence, beside all of the reasons my sons have, truthfully speaking, I don't know if I could reach 15 years, I am worried that my son Keith will become really broken if after 15 years I am gone... I am worried that I might pass not to see him again... I am 46 years old now Your Honor, and I haven't seen my oldest son in a very long time because of his desired dreams of becoming a professional bodybuilder and work, I really miss my son Your Honor... I cannot sleep thinking about my poor boy of his conditions right now... so please Your Honor, if I may, can you atleast make it up to 2 or 3 years? Only a few years, and he'll be leaving this country for good, you'll never see him ever again. I just want to see my son again Your Honor..... I cannot live to not see his presence anymore.... please Your Honor, from my very deep soul, I beg of you.... I just want my son to return home...

Yours truly

Sherry P. Liwanag

Honorable Judge Weinstein,

My name is Marissa Luvic B. Lapidario and I am writing to express my strong support to urge leniency in the sentencing of my dear friend Keith Mason Liwanag. Register number 90503053.

I have known Keith for more than seven years since we were in college. I am very familiar with the loving family he grew up. His family and I are still bonded because of him.

Being incarcerated taught him a lot and made him more vulnerable at the same time. He has been through a lot while serving his time inside. He lost friends, he lost the woman he dreamt of spending his whole life with. He was bombarded with bad news everywhere. He was left alone and been forgotten by people he didn't expect would left. Just this month of October, sad news came out, giving the impression that his father might not be longer around. I witnessed how he broke down. I believe that he already learned from everything that happened to him. And I noticed that as the day goes by, he became more cautious about his actions and start forgiving himself and the people who hurt him. I am aware of the bad decisions that he made and the mistakes that he did in the past but he never intended to hurt anybody. I'm praying he would get the chance to make up for everything and to come home to his family while he is young. To this day, I know Keith continues to do all in his power to become more self aware and be the best that he can be. Given his clean record here in the Philippines, I strongly believe that lesser sentence is more appropriate in this situation.

I am supporting him because I have faith in something. I have faith in him. Thank you for your compassion and taking your time to read my letter.

Respectfully,

Marissa Luvic B. Lapidario