

February 21, 2019

The Honorable Jack B. Weinstein
Senior United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     United States v. Keith Liwanag 17-Cr-677 (JBW)

Your Honor:

Today Your Honor sentenced Mr. Liwanag to the mandatory minimum term of 15 years, following his conviction for participating in the sexual exploitation of a child in violation of 18 U.S.C. § 2251(a) and (e). At the time I neglected to ask the Court to recommend to the Bureau of Prisons that Mr. Liwanag be designated to the Moshannon Valley Correctional Center in Pennsylvania. Moshannon Valley is a privately operated facility under contract with the Bureau of Prisons that houses a large number of individuals who will be deported, as will Mr. Liwanag.

With the consent of the government, I now request that the Court recommend a designation to Moshannon Valley Correctional Center to the Bureau of Prisons, and that the Judgment reflect this request.

Thank you for your consideration.

Respectfully,,

/s/

Florian Miedel
*Attorney for Keith Mason Liwanag*

Cc:     AUSA Erin Reid (email)